## Billie BAKER v. STATE.
### 6 Div. 426.

Court of Appeals of Alabama.
Dec. 20, 1932.

SAMFORD, J.
Appeal dismissed.

## J. L. BAKER v. STATE.
### 8 Div. 796.

Court of Appeals of Alabama.
June 6, 1933.

BRICKEN, Presiding Judge.
Affirmed.

## Howard BARBARBEE v. STATE.
### 4 Div. 916.

Court of Appeals of Alabama.
Nov. 15, 1932.

BRICKEN, P. J.
Appeal dismissed.

## Ollie BARBER v. STATE.
### 8 Div. 497.

Court of Appeals of Alabama.
May 24, 1932.

BRICKEN, P. J.
Affirmed.

## Jesse BARGER v. STATE.
### 6 Div. 183.

Court of Appeals of Alabama.
Jan. 19, 1932.

BRICKEN, P. J.

Upon arraignment of this appellant, defendant in the court below, he entered a plea of guilty as charged in the indictment; the offense being that of distilling, making, or manufacturing alcoholic, spirituous, vinous, malted, or mixed liquors or beverages, a part of which was alcohol. The jury, upon defendant's plea of guilty, returned a verdict accordingly, whereupon the court imposed an indeterminate term of imprisonment in the penitentiary. The term so fixed was practically the minimum term provided by law, but notwithstanding the defendant took an appeal from the judgment of conviction pronounced and entered. This appeal is manifestly for delay, as no points of decision are presented. The record is regular. Judgment of the lower court will stand affirmed.

Affirmed.

## Minnie BARKER v. STATE.
### 8 Div. 348.

Court of Appeals of Alabama.
March 1, 1932.

BRICKEN, P. J.
Affirmed.

## W. L. BARNES, Guardian, etc., v. Homer M. CLARK et al.
### 4 Div. 41.

Court of Appeals of Alabama.
Nov. 9, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

## C. P. BARRANCO. v. CITY OF BESSEMER.
### 6 Div. 569.

Court of Appeals of Alabama.
Nov. 14, 1933.

BRICKEN, Presiding Judge.
Remanded to trial court.